964

Núm. 7690.—Echevarría & Co., aplda. *v.* Sancho Bonet, Tesorero, aplte.—C. D. San Juan. Marzo 31, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelada de marzo 2, 1938, no ha lugar a reconsiderar la resolución de febrero 11 último, por virtud de la cual esta Corte se negó a desestimar "por ahora", el recurso.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 7625.—Royal Bank of Canada, apldo. *v.* Bravo et als., apltes.—C. D. Mayagüez. Octubre 22, 1937.

Se declara con lugar la anterior moción de allanamiento y en su consecuencia se desestima la apelación entablada en este caso contra la sentencia dictada por la Corte de Distrito de Mayagüez, el día 8 de septiembre de 1937.

Núm. 7540.—Cintrón et al., aplte. *v.* West India Oil Co., aplda.—C. D. Ponce. Diciembre 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, vista la moción de desestimación que antecede, radicada con fecha 12 de noviembre del año en curso;

Por cuanto, de los autos aparece que con anterioridad a la fecha en que se presentó dicha moción esta Corte con fecha 11 de noviembre concedió a los apelantes un término que habría de vencer el día 10 de diciembre para radicar la transcripción de la evidencia;

Por tanto, se declara sin lugar la referida moción de desestimación por haberse presentado prematuramente.

El Juez Presidente Sr. del Toro y Asociado Sr. Córdova Dávila, no intervinieron.